## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

FRANK LEE FRANKLIN
ADC #087441                                                                          PETITIONER

VS.                              2:13CV00106 JTR

RAY HOBBS, Director,
Arkansas Department of Correction                                                    RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this habeas action is DISMISSED, WITH PREJUDICE. Judgment is entered in favor of Respondent.

Dated this 3rd day of February, 2015.

_____
UNITED STATES MAGISTRATE JUDGE